PARHAM v. N.C. DEPT. OF HUMAN RES.

No. 50P98

Case below: 128 N.C.App. 332

Petition by defendants (NCDHR and N.C. Dept. of Public Instruction) for writ of certiorari to review the decision of the North Carolina Court of Appeal denied 5 March 1998.

SHACKELFORD v. CITY OF WILMINGTON

No. 561PA97

Case below: 127 N.C.App. 449

Petition by petitioners for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 5 March 1998.

SMITH v. NATIONWIDE MUTUAL FIRE INS. CO.

No. 572P97

Case below: 127 N.C.App. 751

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 March 1998.

STATE v. BALLARD

No. 488A97

Case below: 127 N.C.App. 316

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 March 1998.